UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 0 9 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| CARLOS B. COLLIER, § | |
| TDCJ/SID ## 761973/472099, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action |
| § | No. SA-01-CA-645-OG |
| SENIOR WARDEN TIMOTHY KEITH, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

# ORDER

*Pursuant to the Prison Litigation Reform Act of 1996 ["PLRA"], 28 U.S.C. § 1915, a prisoner who brings a civil action in forma pauperis must pay an initial partial filing fee and thereafter pay the balance of the $150 filing fee through monthly deductions from the prisoner's institutional trust fund account.*

**IT IS ORDERED**:

Plaintiff's Application for Leave to Proceed In Forma Pauperis (Docket Entry # 1) is **GRANTED and the Clerk shall file Plaintiff's Complaint without prepayment of fees, costs, or security**.

*This Court assesses and directs Plaintiff shall pay an initial partial filing fee of $17.67 and the Texas Department of Criminal Justice Institutional Division (TDCJ) shall deduct this sum from Plaintiff's TDCJ institutional trust fund account and forward this sum to this Court (if no such funds*

*are available, TDCJ shall place a hold on the account in this amount and forward the funds when available).*

*The balance of the $150 filing fee shall be paid in monthly installments as provided in 28 U.S.C. § 1915(b)(1). TDCJ shall each month deduct twenty percent (20%) of the preceding month's income credited to Plaintiff's inmate trust account and forward payments to the Court provided the account exceeds $10.00, until the balance is paid.*

**The Clerk shall mail a copy of this Order to the TDCJ Office of the General Counsel, P.O. Box 13084, Austin, TX 78711 and TDCJ Local Funds Division, P.O. Box 629, Huntsville, TX 77342-0629.**

DATED: August  9  , 2001

*[signature]*
PAMELA A. MATHY
United States Magistrate Judge