UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

0 9 2001

WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| CARLOS B. COLLIER,<br>TDCJ/SID ## 761973/472099, | §§§§§ | |
| Plaintiff, | § | |
| v. | §§ | Civil Action<br>No. SA-01-CA-645-OG |
| SENIOR WARDEN TIMOTHY KEITH,<br>ET AL., | §§§ | |
| Defendants. | §§ | |

# ORDER

To clarify the issues in this 42 U.S.C. § 1983 civil rights case **the Court directs Plaintiff Carlos B. Collier to file an amended complaint using the standard § 1983 civil rights complaint form available from his unit law library within twenty (20) days of this Order's entry.** The complaint must state each defendant Plaintiff wishes to sue, a short and plain statement of the basis or grounds for his suit against each defendant, and the relief he seeks through the suit. *See* Fed. R. Civ. P. 8(a). The amended complaint will be no more than ten (10) pages long. If Plaintiff fails to comply with this Order, this action will be dismissed for failure to prosecute and failure to comply with the orders of this Court. *See* Fed. R. Civ. P. 41(b).

DATED: August 9, 2001

_____
PAMELA A. MATHY
United States Magistrate Judge

