FILED

SEP 19 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARLOS B. COLLIER, <br> TDCJ/SID ## 761973/472099, <br><br> Plaintiff, <br><br> v. <br><br> SENIOR WARDEN TIMOTHY KEITH, <br> ET AL., <br><br> Defendants. | § § § § § § § § § § § | Civil Action <br> No. SA-01-CA-645-OG |

# JUDGMENT

Pursuant to this Court's Dismissal Order, Plaintiff Carlos B. Collier's 42 U.S.C. § 1983 Civil Rights Complaint and this case are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the orders of this Court.

DATED: September 19, 2001

ORLANDO L. GARCIA
United States District Judge